# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
FEB 19 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| vs. | ) Case No. 1:16-CR-1-1 | |
| Lorita Marie Rocha | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Lortia Marie Rocha___, have discussed with ___Dan Stark___, Pretrial Services Officer, modifications of my release conditions as follows:

To add the following condition: You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    2-17-16          _____    02/17/2016
Signature of Defendant     Date              Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                      2/19/16
Signature of Assistant United States Attorney  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      2-18-14
Signature of Defense Counsel                 Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on ___2/19/16___.
[ ] The above modification of conditions of release is *not* ordered.

_____                      2/19/16
Signature of Judicial Officer                Date

cc:   U.S. Attorney=s Office, Defense Counsel, Pretrial Services