**BONAKDAR LAW FIRM**

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, LORITA MARIE ROCHA

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>LORITA MARIE ROCHA,<br><br>                 Defendant. | CASE NO. 1:16-CR-00001 LJO-SKO<br><br>STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT LORITA MARIE ROCHA<br><br>COURT: Hon. Lawrence J. O'Neill |

TO THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Government (United States of America) by and through Henry Z. Carbajal, Assistant United States Attorney and Defendant LORITA MARIE ROCHA, by and through her counsel, Roger S. Bonakdar of the Bonakdar Law Firm, hereby stipulate and agree as follows:

WHEREAS, a Change of Plea hearing was conducted herein on July 27, 2017.

WHEREAS, at the July 27, 2017, Change of Plea hearing, Defendant Rocha entered a Guilty plea on Count 1 of the indictment, Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. Section 1349.

WHEREAS, Sentencing in this matter is set for November 6, 2017, at 8:30 a.m.

WHEREAS, the Parties herein have stipulated and agreed to the removal of the location monitoring device, and curfew conditions herein.

| | |
|---|---|
| 1 | WHEREAS, the Parties further agree that all prior conditions of pretrial release remain in full force and effect. |
| 2 | |

WHEREAS, the Parties further agree that all prior conditions of pretrial release remain in full force and effect.

IT IS HEREBY STIPULATED by and between the parties herein, that the condition that Ms. Rocha be on location monitoring shall be removed from her conditions of release.

IT IS FURTHER STIPULATED by and between the parties herein, that the curfew conditions of pre-trial release shall be removed.

IT IS FURTHER STIPULATED that all prior conditions of pretrial release not modified by this stipulation remain in full force and effect.

IT IS SO STIPULATED:


Dated: August 3, 2017    BENJAMIN B. WAGNER
United States Attorney

By: /s/Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney


BONAKDAR LAW FIRM

Dated: August 3, 2017    By: /s/ Roger S. Bonakdar
ROGER S. BONAKDAR
Attorney for Defendant
LORITA MARIE ROCHA


IT IS SO ORDERED.

Dated: **August 4, 2017**    **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE