**BONAKDAR** LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, LORITA MARIE ROCHA

(SPACE BELOW FOR FILING STAMP ONLY)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LORITA MARIE ROCHA,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:16-CR-00001 LJO-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Sentencing Hearing: November 6, 2017<br>Time: 8:30 a.m.<br>Courtroom 4<br>Hon. Lawrence J. O'Neill |

　　　　WHEREAS the Sentencing Hearing has been scheduled in this matter for November 6, 2017.

　　　　WHEREAS Roger S. Bonakdar, counsel for Defendant Lorita Marie Rocha requests additional time to meet with Probation Officer Mr. Micheli and Ms. Rocha to prepare the Presentence Investigation Report.

　　　　WHEREAS the purpose of Mr. Bonakdar's request to meet with Ms. Rocha is to provide probation with information concerning Mr. Rocha that bears directly on Probation's recommendation relative to sentencing.

　　　　WHEREAS counsel for Ms. Rocha has been informed that Ms. Rocha is currently pregnant, and this new information concerning Ms. Rocha bears directly on Probation's recommendation relative to sentencing herein (i.e., recommendation of

1
**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**

custody time vs. in-home monitoring, etc.) Therefore, counsel for Ms. Rocha requires further time regarding this new development, to meet with Ms. Rocha and determine how this matter will affect Sentencing of Ms. Rocha herein.

WHEREFORE, in light of this new development, Attorney for Ms. Rocha herein requests that the Sentencing Hearing should be rescheduled to allow adequate time for Attorney Bonakdar to meet with Ms. Rocha to assess her health and pregnancy situation, and to meet with Probation regarding the same.

THEREFORE, IT IS STIPULATED by and between the parties that the November 6, 2017, Sentencing hearing be continued for not less than 90 days from the November 6, 2017, Sentencing hearing.

IT IS SO STIPULATED:

Dated: September 14, 2017                 BENJAMIN B. WAGNER
                                                             United States Attorney

                                          By: /s/Henry Z. Carbajal III
                                                  HENRY Z. CARBAJAL III
                                                  Assistant United States Attorney

Date: September 14, 2017                  UNITED STATES PROBATION

                                              /s/ Ross Micheli
                                              Ross Micheli
                                              United States Probation Officer

Dated: September 14, 2017                 BONAKDAR LAW FIRM

                                          By: /s/ Roger S. Bonakdar
                                                ROGER S. BONAKDAR
                                                Attorney for Defendant
                                                LORITA MARIE ROCHA

///

## ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that the November 6, 2017, Sentencing hearing is hereby continued to February 5, 2018 at 8:30 a.m.

IT IS FURTHER ORDERED that the deadline for Defendant to file his Sentencing Memorandum shall be extended to coincide with the continued Sentencing Hearing date.

IT IS SO ORDERED.

Dated: **September 15, 2017**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE